UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 22, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DIEGO RAYMUNDO-RAYMUNDO (A-206-029-264),
Petitioner,

v.

CHRISTOPHER LAROSE, et al.,
Respondents.

No. 1:26-cv-7397 TLN CSK

**MINUTE ORDER**

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee. Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254. Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents are directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 7 days from the date of this order. See 28 U.S.C. § 2243.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents are directed to file an answer or motion to dismiss within 7 days from the date of this order. Respondents are warned that the failure to respond to the petition will be interpreted as non-opposition to granting the relief requested in the habeas petition.

2. Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 7 days after being served with a copy of respondents' answer or motion to dismiss. A reply by respondents to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

/1/raym7397.100.2241.imm.MO